B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|

| **PLAINTIFFS** Lynda T. Bui, exclusively in her capacity as the Chapter 7 Trustee of the bankruptcy estate of In re Hugo Leon | **DEFENDANTS** Shemuyl Leon, individually and as Trustee of THE ARYSHEM LIVING TRUST |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Thomas J. Polis, Esq. - Polis & Associates, APLC 19800 MacArthur Blvd., Suite 1000 Irvine, CA 92612, Tel: 949.862.0040; Fax: 949.862.0041 Email: tom@polis-law.com | **ATTORNEYS** (If Known) |
|---|---|

| **PARTY** (Check One Box Only) | **PARTY** (Check One Box Only) |
|---|---|
| ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☐ Other ☒ Trustee | ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☒ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Avoidance of Pre-Petition  Fraudulent Conveyances Pursuant to Section 544 of the Bankruptcy Code; and
Recovery of Avoided Transfers Pursuant to Section 550 of the Bankruptcy Code

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Hugo Leon | BANKRUPTCY CASE NO.<br>6:23-bk-14843-WJ | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Riverside | NAME OF JUDGE<br>Wayne Johnson |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Thomas J. Polis | | |
| DATE<br>1/12/2024 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Thomas J. Polis | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas J. Polis, Esq. (SBN 119326)<br>POLIS & ASSOCIATES, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612<br>Tel: (949) 862-0040<br>Fax: (949) 862-0041<br>Email:  tom@polis-law.com<br><br><br>*Attorney for Plaintiff* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

</div>

| In re:<br><br>Hugo Leon,<br><br><br><br><div align="right">Debtor(s).</div> | CASE NO.:  6:23-bk-14843-WJ<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: |
|---|---|
| Lynda T. Bui, exclusively in her capacity as the Chapter 7 Trustee of the bankruptcy estate of In re Hugo Leon,<br><br><br><div align="right">Plaintiff(s)</div><br><div align="center">Versus</div><br>Shemuyl Leon, individually and as Trustee of THE ARYSHEM LIVING TRUST,<br><br><br><div align="right">Defendant(s)</div> | <div align="center">**SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**<br>**[LBR 7004-1]**</div> |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _____<br>Time: _____<br>Courtroom: _____ | **Address:**<br>☐  255 East Temple Street, Los Angeles, CA 90012<br>☒  3420 Twelfth Street, Riverside, CA 92501<br>☐  411 West Fourth Street, Santa Ana, CA 92701<br>☐  1415 State Street, Santa Barbara, CA 93101<br>☐  21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                         Page 1                                **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 2                                    F 7004-1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____    _____
*Date*                 *Printed Name*                   *Signature*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                    **F 7004-1.SUMMONS.ADV.PROC**

Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612
Tel:  949.862.0040
Fax: 949.862.0041
Email:  tom@polis-law.com

Proposed Counsel for Plaintiff, Lynda T. Bui, Chapter 7 Trustee,

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISON

| | |
|---|---|
| **In re** | **Case No. 6:23-bk-14843-WJ** |
| **Hugo Leon,** | **Chapter 7** |
|                              **Debtor,** | **Adv. Proc. No.: 6:24-ap-_____-WJ** |
| **Lynda T. Bui, exclusively in her capacity as the Chapter 7 Trustee of the bankruptcy estate of _In re Hugo Leon,_** | **CHAPTER 7 TRUSTEE'S COMPLAINT RE: AVOIDANCE OF PRE-PETITION FRAUDULENT CONVEYANCE UNDER SECTION 544 OF THE BANKRUPTCY CODE OF AND FOR RECOVERY OF THE AVOIDED TRANSFER UNDER SECTION 550 OF THE BANKRUPTCY CODE** |
|                              **Plaintiff,** | |
| **v.** | **[No Hearing Set]** |
| **Shemuyl Leon, individually and as Trustee of THE ARYSHEM LIVING TRUST,** | |
|                            **Defendants.** | |

Plaintiff, Lynda T. Bui, Chapter 7 Trustee, exclusively in her capacity as Chapter 7 Trustee of the bankruptcy estate of *In re Hugo Leon*, Case No. 6:23-bk-14843-WJ ("Plaintiff" or "Trustee") respectfully represents and alleges in her Complaint ("Complaint") as follows:

## I.

## STATEMENT OF JURISDICTION AND VENUE

1.    This Court has jurisdiction over this Adversary Proceeding ("Adversary Proceeding") pursuant to 28 U.S.C. §§ 159 and 1334, and 11 U.S.C. § 548.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(F).

2.    Venue for this Adversary Proceeding properly lies in this Judicial District in that this civil proceeding arises under Title 11 of the United States Code as provided in 28 U.S.C. § 1409.

3.    This Adversary Proceeding arises out of and relates to the Chapter 7 bankruptcy case of *In re Hugo Leon*, Case No. 6:23-bk-14843-WJ on the docket of this Court.  The Debtor's bankruptcy case was commenced by the filing of a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on October 19, 2023.  In conjunction with the Debtor's case commencement, Plaintiff Lynda T. Bui was appointed the Chapter 7 Trustee to administer the Debtor's bankruptcy case.

4.    Plaintiff, Lynda T. Bui, as Chapter 7 Trustee of the Debtor's bankruptcy case, has standing to prosecute this claim.

5.    Defendant, Shemuyl Leon, named both individually and in his capacity as Trustee of THE ARYSHEM LIVING TRUST resides at 14181 Southwood Drive, Fontana, CA  92337.

## II.

## STATEMENT OF STANDING

6.    The Plaintiff, as the Chapter 7 Trustee of this bankruptcy estate, has standing to prosecute this Adversary Proceeding under 11 U.S.C. §§ 544 and 550.

///

///

///

2

## III.

## **FACTUAL ALLEGATIONS**

7.      Plaintiff/Trustee is informed and believed and therefore alleges that the Debtor, Hugo Leon owned the residential real property located at 14181 Southwood Drive, Fontana, CA 92337 ("Southwood Fontana Property").  A legal description to the Southwood Fontana Property is:

LOT 14 OF TRACT 12356, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA AS PER MAP RECORDED MAY 16, 1986 IN BOOK 189, PAGE(S) 33 THROUGH 35, INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ALSO KNOWN AS:  14181 SOUTHWOOD DRIVE, FONTANA, CA 92337

A.P.N.: 0236-491-14-0-000

8.      Plaintiff/Trustee is informed and believes that on or about January 3, 2020, the Debtor transferred for no consideration his interest in the Southwood Fontana Property to Defendant, Shemuyl Leon.  Plaintiff/Trustee is further informed that the Debtor's January 2020 transfer to Defendant Shemuyl Leon was a gift as recited in the January 3, 2020 Grand Deed. A true and correct copy of the January 3, 2020 Gift Grant Deed between Debtor and his insider, Shemuyl Leon is attached hereto as Exhibit "A."

9.      Plaintiff/Trustee is informed and believes and therefore alleges that on or about February 13, 2020, Defendant and Debtor's Insider, Shemuyl Leon, transferred title of the Southwood Fontana Property from himself to Defendant, THE ARYSHEM LIVING TRUST.  The Plaintiff/Trustee is informed and believes that the February 2020 transfer of Southwood Fontana Property to Defendant, Shemuyl Leon as Trustee of THE ARYSHEM LIVING TRUST transfer of the Southwood Fontana Property was also without fair consideration.  A true and correct copy of the February 13, 2020 Trust Transfer Deed is attached hereto as Exhibit "B."

10.     Plaintiff/Trustee is informed and believes and therefore alleges that the Debtor was either insolvent as a result of the January 3, 2020 Southwood Fontana Property or became insolvent as a result thereof.

11.     Plaintiff/Trustee is informed and believes and therefore alleges that the Southwood Fontana Property transfers ("Southwood Fontana Property Transfer") described herein were transferred for no valid legal and/or reasonable economic consideration.

**VI.**

**FIRST CLAIM FOR RELIEF**

**AVOIDANCE OF FRAUDULENT CONVEYANCE (11 U.S.C. § 544)**

12.     The Plaintiff/Trustee incorporates Paragraphs 1 through 11, inclusive of this Complaint as though set forth herein.

13.     The Plaintiff/Trustee is informed and believes, and thereon alleges that the Debtor did not receive reasonably equivalent value for the January 2020 transfer of the Southwood Fontana Property compromised of the Debtor's interest in the Southwood Fontana Property.

14.     The Plaintiff/Trustee is informed and believes and thereon alleges that pursuant to Section 544 of the Bankruptcy Code, the Plaintiff/Trustee acquired rights of a bona fide purchaser of the Property, and the Plaintiff/Trustee obtained the status of a bona fide purchaser and has perfected such transfer at the time of commencement of the case.

15.     The Plaintiff/Trustee is informed and believes that at the time of the aforementioned Southwood Fontana Property Transfer or as a result of the Southwood Fontana Property Transfer, the aggregate creditor claims against the Debtor exceeded the fair market value of Debtor's assets, thereby rendering the Debtor insolvent.

16.     The Plaintiff/Trustee is informed and believes that the Debtor transferred the Southwood Fontana Property to Defendant Shemuyl Leon, Trustee of THE ARYSHEM LIVING TRUST as a result of Defendant's control and/or superior knowledge of the Debtor's financial condition aspects with the actual intent to hinder, delay or defraud any creditor to which the Debtor was indebted to, or became indebted to, on or after the Southwood Fontana Property Transfer.

4

1    17.    The Plaintiff/Trustee is informed and believes the Debtor's Southwood Fontana

2    Property Transfer identified herein were made while the Debtor was insolvent, or was rendered

3    insolvent as a result of the Southwood Fontana Property Transfer.

4    18.    The Plaintiff/Trustee is informed and believes that the Debtor's Southwood

5    Fontana Property Transfer were fraudulent conveyance under Section 3439, *et seq*. of the

6    California Civil Code.

7                                         **V.**

8                        **SECOND CLAIM FOR RELIEF**

9            **RECOVERY OF AVOIDED TRANSFERS (11 U.S.C. § 550)**

10   19.    The Plaintiff/Trustee incorporates Paragraphs 1 through 18, inclusive of this

11   Complaint as though set forth in full herein.

12   20.    Pursuant to U.S.C. § 550, the Court shall avoid any transfer:

13          § 550 Liability of transferee of avoided transfer—

14   (a)    Except as otherwise provided in this section, to the extent that a
            transfer is avoided under section 544, 545, 547, 548, 549, 553(b),
15          or 724(a) of this title, <u>the trustee may recover, for the benefit of the
            estate, the property transferred, or, if the court so orders, the value</u>
16          <u>of such property, from</u>—

17          (1)    <u>the initial transfer of such transfer</u> or the entity for whose
                   benefit such transfer was made; or
18

19          (2)    <u>any immediate or mediate transferee of such initial transferee</u>.

20
     (b)    The trustee may not recover under section (a)(2) of this section
21          from—

22          (1)    a transferee that takes for value, including satisfaction or
                   securing of a present or antecedent debt, in good faith, and
23                 without knowledge of the voidability of the transfer avoided;
                   or
24

25          (2)    any immediate or mediate good faith transferee of such
                   transferee.
26

27   (c)    If a transfer made between 90 days and one year before the filing
            of the petition—

28          (1)    is avoided under section 547(b) of this title; and

(2)    was made for the benefit of creditor that at the time of such transfer was an insider;

(d)    The trustee is entitled to only a single satisfaction under subsection (a) of this section. (Emphasis added.)

21.    The Plaintiff/Trustee is informed and believes and thereon alleges that the Southwood Fontana Property Transfer described herein fall completely within all the elements of Section 550 of the Bankruptcy Code.

**WHEREFORE**, Plaintiff/Trustee, Lynda T. Bui, prays for judgment against Defendant, Shemuyl Leon, individually and as Trustee of THE ARYSHEM LIVING TRUST under Sections 544 and 550 of the Bankruptcy Code as follows:

## ON THE FIRST CLAIM FOR RELIEF

1.    That Plaintiff/Trustee, Lynda T. Bui's claims against Defendant Shemuyl Leon and/or the ARYSHEM LIVING TRUST identified herein as the Southwood Fontana Property Transfers be held to be fraudulent conveyances under Section 544 of the Bankruptcy Code.

## ON THE SECOND CLAIM FOR RELIEF

2.    That Plaintiff/Trustee, Lynda T. Bui's claims against Defendants, Sheymuyl Leon and/or The ARYSHEM LIVING TRUST identified herein as to the Southwood Fontana Property Transfers to be avoided under Section 550 of the Bankruptcy Code.  Further, pursuant to Section 550(a) of the Bankruptcy Code, Plaintiff/Trustee is requesting relief be awarded in the form of reconveyance of the Southwood Fontana Property, not including interest and/or fair rental value from and after January 3, 2020 until recovery with interest is calculated under applicable non-bankruptcy law.

///
///
///
///
///
///
///

**ON ALL CLAIMS FOR RELIEF**

3.      For pre-judgment interest from and after January 3, 2020 until recovery with interest is calculated under applicable law on both the Southwood Fontana Property Transfer; and

4.      For all further and other relief as the Court deems just and proper.


**Dated:  January 12, 2024**                           **POLIS & ASSOCIATES,**
                                                        **A PROFESSIONAL LAW CORPORATION**


                                         **By:    /s/ Thomas J. Polis**
                                                **Thomas J. Polis, Esq.**
                                                **Proposed Counsel for Plaintiff,**
                                                **Lynda T. Bui, Chapter 7 Trustee**

# EXHIBIT "A"

Recorded in Official Records
County of San Bernardino

Bob Dutton
Assessor-Recorder-County Clerk

RECORDING REQUESTED BY:

*Shemuyl Leon*

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

Shemuyl Leon
14181 Southwood Dr.
Fontana, CA 92337

### DOC# 2020-0003081

| 01/03/2020 | Titles: 1 | Pages: 1 |
|---|---|---|
| 11:38 AM | | |
| SAN | Fees | $14.00 |
| | Taxes | $0.00 |
| I2950 | CA SB2 Fee | $75.00 |
| | Total | $89.00 |

APN: 0236-491-14

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## GRANT DEED

"This is a Bonafide Gift and the Grantor

Received Nothing in Return, R&T 11911"

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

DOCUMENTARY TRANSFER TAX IS $0.00.
_____ Computed on full value of property conveyed, or
_____ Computed on full value less liens and encumbrances remaining s.
_____ Unincorporated area  X  City of Fontana

For valuable consideration, receipt of which is hereby acknowledged, Hugo Humberto Leon Quijada, a Single Man

hereby GRANT(S) to Shemuyl Leon, a Single Man

All that real property situated in the County of Los Angeles, State of California, described as:
Lot 14 of Tract 12356, in the City of Fontana, County of San Bernardino, California as per Map Recorded in Book 189, Page(s) 33 through 35, Inclusive of Miscellaneous Maps, in the Office of the County Recorder of said County.

Also Known As: 14181 Southwood Drive, Fontana, CA 92337

Dated: January 2, 2020

Hugo Humberto Leon Quijada

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF San Bernardino
On January 2, 2020 before me, Jasmine Salene Ochoa , Notary Public, personally appeared Hugo Humberto Leon Quijada , who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature

JASMINE SALENE OCHOA
Commission No. 2198230
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires MAY 20, 2021

MAIL TAX STATEMENTS AS DIRECTED ABOVE

## ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Bernardino )

On February 5, 2020 before me, Jasmine Salene Ochoa, Notary Public
(insert name and title of the officer)

personally appeared Shemuyl Leon
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JASMINE SALENE OCHOA
Commission No. 2198230
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires MAY 20, 2021

# EXHIBIT "B"

Cristina Tumola

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME  Shamuyl Leon

STREET
ADDRESS  14181 Southwood Dr.

CITY, STATE &
ZIP CODE  Fontana, CA 92337

Recorded In Official Records
County of San Bernardino
Bob Dutton
Assessor-Recorder-County Clerk

# DOC# 2020-0053515

| 02/13/2020 | Titles: 1 | Pages: 3 |
| 12:30 PM | | |
| SAN | | |
| | Fees | $20.00 |
| | Taxes | $0.00 |
| I1113 | CA SB2 Fee | $0.00 |
| | Total | $20.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

## Trust transfer Deed
### Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

**Reason for Exemption:**

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

☒ Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____ (date) as document number _____ of Official Records. (Cap. $225.00)

☐ Exempt from fee per GC 27388.1, fee cap of $225.00 reached and/or

☐ Exempt from fee per GC 27388.1, not related to real property

Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

RECORDING REQUESTED BY:

SHEMUYL LEON

**WHEN RECORDED MAIL TO:**

SHEMUYL LEON
14181 Southwood Dr.
Fontana, CA 92337

APN: 0236-491-14

_____

(Space Above for Recorder's Use)

### TRUST TRANSFER DEED

THE UNDERSIGNED GRANTORS DECLARE DOCUMENTARY TRANSFER TAX IS $0.
This conveyance transfers an interest into or out of a Living Trust; R&T Code § 11930.

**SHEMUYL LEON, a single man,**

hereby GRANT(S) his entire interest in and to

**SHEMUYL LEON as Trustee of THE ARYSHEM LIVING TRUST,**

the following described real property in the City of Fontana, County of San Bernardino, State of California:

LOT 14 OF TRACT 12356, IN THE CITY OF FONTANA, COUNTY OF SAN BERNARDINO, CALIFORNIA AS PER MAP RECORDED IN BOOK189, PAGE(S) 33 THROUGH 35, INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly known as:14181 Southwood Dr. Fontana, CA 92337     .

Dated: February 5, 2020

_____
SHEMUYL LEON