| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas J. Polis, Esq. (SBN 119326)<br>POLIS & ASSOCIATES, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612<br>Tel: 949.862.0040<br>Fax: 949.862.0041<br>Email: tom@polis-law.com | **FILED & ENTERED**<br><br>JUL 03 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gooch    DEPUTY CLERK |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>HUGO LEON,<br><br>                                                 Debtor.<br><br>LYNDA T. BUI, exclusively in her capacity as the Chapter 7 Trustee for the bankruptcy estate of Hugo Leon,<br><br>                                                 Plaintiff.<br>vs.<br><br>SHEMUYL LEON, individually and as Trustee of The Aryshem Living Trust,<br><br>                                                 Defendants. | CASE NO.: 6:23-bk-14843-WJ<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 6:24-ap-01002-WJ<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>Hearing:<br>Date:    June 13, 2024<br>Time:    1:30 p.m.<br>Crtrm.:  304 |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                   Page 1                                                   **F 7055-1.2.DEFAULT.JMT**

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1.     Judgment is hereby entered in favor of Plaintiff Lynda T. Bui, exclusively in her capacity as the chapter 7 trustee for the bankruptcy estate of Hugo Leon, and against Defendant Shemuyl Leon, individually and as Trustee of The Aryshem Living Trust.

2. a. ☐ Plaintiff is awarded damages in the following amount:     $_____
   b. ☐ Plaintiff is awarded costs in the following amount:     $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount:     $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____
   e. ☒ Plaintiff is granted the following relief:
   
       Judgment is granted in favor of the Chapter 7 Trustee declaring the January 3, 2020 Grant Deed (Attached hereto as Exhibit "A") and the February 13, 2020 Trust Transfer Deed (Attached hereto as Exhibit "B"), both null and void.

   ☒ See attached page.

IT IS SO ORDERED.

                                                    ###

Date: July 3, 2024

*/s/ Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 2      F 7055-1.2.DEFAULT.JMT

# EXHIBIT "A"

RECORDING REQUESTED BY:

*Shemuyl Leon*

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

Shemuyl Leon
14181 Southwood Dr.
Fontana, CA 92337

Recorded in Official Records
County of San Bernardino
Bob Dutton
Assessor-Recorder-County Clerk

**DOC# 2020-0003081**

01/03/2020
11:38 AM
SAN

I2950

| | |
|---|---|
| Titles: 1 | Pages: 1 |
| Fees | $14.00 |
| Taxes | $0.00 |
| CA SB2 Fee | $75.00 |
| Total | $89.00 |

APN: 0236-491-14

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## GRANT DEED

"This is a Bonafide Gift and the Grantor
Received Nothing in Return, R&T 11911"

THE UNDERSIGNED GRANTOR(S) DECLARE(S):    DOCUMENTARY TRANSFER TAX IS $0.00.
_____ Computed on full value of property conveyed, or
_____ Computed on full value less liens and encumbrances remaining s.
_____ Unincorporated area   X  City of Fontana

For valuable consideration, receipt of which is hereby acknowledged, Hugo Humberto Leon Quijada, a Single Man

hereby GRANT(S) to Shemuyl Leon, a Single Man

All that real property situated in the County of Los Angeles, State of California, described as:
Lot 14 of Tract 12356, in the City of Fontana, County of San Bernardino, California as per Map Recorded in Book 189, Page(s) 33 through 35, Inclusive of Miscellaneous Maps, in the Office of the County Recorder of said County.

Also Known As: 14181 Southwood Drive, Fontana, CA 92337

Dated: January 2, 2020

*Hugo Humberto Leon Quijada*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF San Bernardino
On January 2, 2020 before me, Jasmine Salene Ochoa, Notary Public, personally appeared Hugo Humberto Leon Quijada, who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal
Signature _____

JASMINE SALENE OCHOA
Commission No. 2198230
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires MAY 20, 2021

MAIL TAX STATEMENTS AS DIRECTED ABOVE

## ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Bernardino )

On February 5, 2020 before me, Jasmine Salene Ochoa, Notary Public
(insert name and title of the officer)

personally appeared Shemuyl Leon
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_

**JASMINE SALENE OCHOA**
Commission No. 2198230
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires MAY 20, 2021

# EXHIBIT "B"

Case 6:24-ap-01002-WJ    Doc 25    Filed 07/03/24    Entered 07/03/24 11:38:31    Desc
Main Document    Page 7 of 8

RECORDING REQUESTED BY:

SHEMUYL LEON

WHEN RECORDED MAIL TO:

SHEMUYL LEON
14181 Southwood Dr.
Fontana, CA 92337

APN: 0236-491-14

(Space Above for Recorder's Use)

## TRUST TRANSFER DEED

THE UNDERSIGNED GRANTORS DECLARE DOCUMENTARY TRANSFER TAX IS $0.
This conveyance transfers an interest into or out of a Living Trust; R&T Code § 11930.

**SHEMUYL LEON, a single man,**

hereby GRANT(S) his entire interest in and to

**SHEMUYL LEON as Trustee of THE ARYSHEM LIVING TRUST,**

the following described real property in the City of Fontana, County of San Bernardino, State of California:

LOT 14 OF TRACT 12356, IN THE CITY OF FONTANA, COUNTY OF SAN BERNARDINO, CALIFORNIA AS PER MAP RECORDED IN BOOK 189, PAGE(S) 33 THROUGH 35, INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly known as: 14181 Southwood Dr. Fontana, CA 92337   .

Dated: February 5, 2020

SHEMUYL LEON